█ EVERYBODY'S PUBLISHING COMPANY, INC., Appellant, v. FAWCETT PUBLICATIONS, INC., Respondent.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: The claim of *res judicata* is not applicable. Therefore the defenses were not barred. Under the circumstances of this case, the question of whether the contract is ambiguous so that evidence should be taken as to its meaning on the trial should not be decided on a motion to strike. Bastow, J., concurs in result. (Appeal from order of Erie Special Term denying motion to strike out certain paragraphs of the amended answer.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

█ GERTRUDE E. ALLEN et al., On Behalf of Themselves and All Other Cottage-Owners and Lessees at Thousand Island Park, Town of Orleans, Similarly Situated, Respondents, v. THOUSAND ISLAND PARK CORPORATION, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Jefferson Special Term denying defendant's motion for a dismissal of the complaint and for other relief.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

█ CLINTON BUFFALO GARDENS, INC., Appellant, v. JOHN ORKISZ, Defendant and Third-Party Plaintiff-Respondent. VILLAGE OF DEPEW, Third-Party Defendant-Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Erie Special Term denying plaintiff's motion to sever the crossclaim of defendant Orkisz against the Village of Depew and denying plaintiff's motion for summary judgment against defendant Orkisz.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.